UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIFFANY HARTLEY, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, <br><br> Defendant. | Civil No. 11-1701 (JDB) |

## STIPULATION OF SETTLEMENT AND DISMISSAL

Plaintiff, Tiffany Hartley, and Defendant, Federal Bureau of Investigation, hereby settle and compromise the above entitled lawsuit brought under the Freedom of Information Act, 5 U.S.C. § 552, as amended ("FOIA") on the following terms:

1. Plaintiff agrees to dismiss this suit with prejudice.

2. Defendant agrees to provide to Plaintiff (1) declaration of David M. Hardy, Section Chief of the Record/Information Dissemination Section, Record Management Division, regarding Defendant's response to Plaintiff's FOIA request; and (2) Declaration of Special Agent Ana L. Garza-Mejia regarding the investigation into the shooting and alleged murder of David Hartley, in support of Defendant's response to Plaintiff's FOIA request.

3. This Stipulation of Settlement constitutes the full and complete satisfaction of any and all claims arising from (a) the allegations set forth in the complaint filed in this lawsuit and (b) any litigation or administrative proceeding that Plaintiff has brought, could bring, or could have brought regarding Plaintiff's FOIA request in this case.

4.	This Stipulation of Settlement does not constitute an admission of liability or fault on the part of Defendant, the United States, its agents, servants, or employees, and is entered into by both parties for the sole purpose of compromising disputed claims and avoiding the expenses and risks of further litigation.

5.	Except as may be otherwise provided herein, each party will bear its own costs and fees.

*(remainder of this page left intentionally blank)*

6.  Execution and filing of this Stipulation of Settlement by counsel for Plaintiff and by counsel for Defendant constitutes a dismissal of this lawsuit, with prejudice, pursuant to Rule 41(a)(1)(A)(ii). Any and all remaining issues are waived.

| | |
|---|---|
| JULIE B. AXELROD<br>D.C. Bar # 1001557<br>JUDIAL WATCH, INC.<br>425 Third Street, SW<br>Washington, D.C. 20024<br><br>Counsel for Plaintiff<br><br>By: _/s/ Julie Axelrod_<br>JULIE B. AXELROD<br>D.C. Bar # 1001557<br>JUDIAL WATCH, INC.<br>425 Third Street, SW<br>Washington, D.C. 20024<br><br>Executed on March 14, 2012 | RONALD C. MACHEN JR.<br>D.C. BAR # 447889<br>United States Attorney for the District of Columbia<br><br>RUDOLPH CONTRERAS<br>Chief, Civil Division<br>D.C. Bar #434122<br><br>By: _/s/ Addy Schmitt_<br>ADDY R. SCHMITT<br>DC Bar #489094<br>Assistant United States Attorney<br>555 Fourth St., N.W.<br>Washington, D.C. 20530<br>Phone: (202) 616-0739<br>Fax: (202) 514-8780<br>Addy.Schmitt@usdoj.gov<br><br>Executed on 3/15/12 |